**Andrew P. Holland/Bar No. 224737**
aholland@thoits.com
**Ari C. Messenger/Bar No. 293227**
amessenger@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone:    (650) 327-4200
Facsimile:    (650) 325-5572

**Attorneys for Plaintiff**
**Margaret Mason**



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MASON, an individual<br><br>        Plaintiff,<br><br>    v.<br><br>MIGHTY TECHNOLOGIES, LLC, a District of Columbia limited liability company; and DOES 1 through 10,<br><br>        Defendants. | Case No.: 5:15-cv-05284-RMW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Margaret Mason ("Plaintiff") and defendant Mighty Technologies, LLC ("Defendant"), (collectively, the "Parties"), by and through their respective counsel file this Joint Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties stipulate as follows:

1. The Parties have settled this case pursuant to a confidential settlement;
2. That this dismissal shall not preclude enforcement of the confidential settlement agreement;
3. The Parties shall bear their own costs and attorneys' fees; and
4. The Parties stipulate the entire case should be dismissed with prejudice.

Dated: April 4, 2016.                **THOITS LAW**

By: */s/ Andrew P. Holland*

Andrew P. Holland
Attorneys for Plaintiff
MARGARET MASON

Dated: April 4, 2016.                **FENWICK & WEST LLP**

By: */s/ Eric Ball*

Eric Ball
Attorneys for Defendant
MIGHTY TECHNOLOGIES, LLC

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Andrew P. Holland, am the ECF user whose identification and password are being used to file this Joint Stipulation of Dismissal. I hereby attest that all signatories have concurred in this filing.

Dated:  April 4, 2016.                    **THOITS LAW**

                                              By: /s/ Andrew P. Holland

                                              Andrew P. Holland
                                              Attorneys for Plaintiff
                                              MARGARET MASON

THOITS LAW
A PROFESSIONAL CORPORATION
400 MAIN STREET, SUITE 250
LOS ALTOS, CALIFORNIA 94022
(650) 327-4200

74041.001/787305v1                    1
ATTESTATION RE JOINT STIPULATION OF DISMISSAL